JUDGE MARRERO

14 CV 689

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LAWRENCE D. JAEGER,

                      Plaintiff,

    v.                                                  Civil Action No.:

BANKERS STANDARD INSURANCE CO.,

                      Defendant.

**RULE 7.1 STATEMENT**

------------------------------------------------------------------X

RECEIVED FEB 03 2014 U.S.D.C. S.D.N.Y. CASHIERS

Defendant BANKERS STANDARD INSURANCE CO. files this Corporate Disclosure Statement as required by Rule 7.1(a) of the Federal Rules of Civil Procedure, and certifies as follows:

1. BANKERS STANDARD INSURANCE CO. is a nongovernmental corporation.

2. ACE Limited (NYSE: ACE), a public entity, is the parent corporation for BANKERS STANDARD INSURANCE CO.

3. No other publicly held entity holds more than 10% interest in BANKERS STANDARD INSURANCE CO.

Dated: New York, New York
February 3, 2014

                                      Respectfully submitted,

                                      **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

                                      _/s/_____
                                      Peter N. Billis (PB9348)
                                      Charles J. Rocco, Esq. (CR8646)
                                      Paul Ferland, Esq. (PF0859)
                                      Attorneys for Defendant
                                      Attorneys for Defendant
                                      *BANKERS STANDARD INSURANCE CO.*
                                      120 Broadway, Suite 1130
                                      New York, New York 10271
                                      (212) 257-7100
                                      crocco@fgppr.com
                                      pferland@fgppr.com
                                      pbillis@fgppr.com